# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DARRIS TREMEL TAYLOR, A/K/A TRACY L. HARVEY,<br><br>     Appellant,<br><br>    vs.<br>THE STATE OF NEVADA,<br>     Respondent. | No. 71921 |
| DARRIS TREMEL TAYLOR, A/K/A TRACY L. HARVEY,<br><br>     Appellant,<br><br>    vs.<br>THE STATE OF NEVADA,<br>     Respondent. | No. 71923 |

FILED

MAR 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying a "NRCP 60(b) motion to set aside conviction for fraud upon the court re Giglio claim." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

               /s/ Hardesty , J.
               Hardesty

/s/ Parraguirre , J.     /s/ Stiglich , J.
Parraguirre         Stiglich

17-07305

cc: Hon. Douglas W. Herndon, District Judge
Darris Tremel Taylor
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk